UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24050-CIV-CANNON/Otazo-Reyes

**MSP RECOVERY CLAIMS, SERIES LLC**, et al.,

    Plaintiffs,

v.

**AMICA MUTUAL INSURANCE COMPANY.**

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Stay Case [ECF No. 22], filed on March 29, 2021.  In their Joint Motion, the parties seek a ninety day stay on the grounds that they are in the process of reviewing written materials in anticipation of resolving this matter [ECF No. 22].  The Court, having carefully reviewed the file, and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** for statistical purposes only.

2. All pending motion are **DENIED AS MOOT** to be refiled upon the re-opening of this case.

3. The Court shall retain jurisdiction, and the case shall be restored to the active docket upon motion of the parties when circumstances change so that this action may proceed to final disposition.

4. The parties are directed to submit status reports on a recurring basis every thirty (30) days following the entry of this Order.  The status reports must advise the Court of the current status of the proceedings and when this action is ready to proceed.  Failure to file a status report will result in dismissal.

CASE NO. 20-24050-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Fort Pierce, Florida this 1st day of April 2021.

                                                  **AILEEN M. CANNON**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record